**Hugh EPPS, Plaintiff—Appellant,**

v.

**Michael MOORE, Government Attorney, Eastern District Court of VA; Unknown, DEA Officer; James Oxford, DEA Officer, Defendants—Appellees.**

No. 09–7037.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2009.

Decided: Oct. 21, 2009.

Hugh Epps, Appellant Pro Se.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hugh Epps seeks to appeal a magistrate judge's order denying without prejudice his "Motion of Filing a Complaint under Civil Rights Act 42 U.S.C. § 1983." This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Epps seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*